UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number:  23-24333-CIV-MARTINEZ-SANCHEZ**

ENDURANCE AMERICAN SPECIALTY
INSURANCE COMPANY,

       Plaintiff,

vs.

THE GREENS CONDOMINIUM
ASSOCIATION, INC., VANESSA
CENDOYA, and EXCEL MANAGEMENT
ASSOCIATES, INC.,

       Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Eduardo I. Sanchez, United States

Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff Endurance American

Specialty Insurance Company's Motion for Final Default Judgment against Defendants The

Greens Condominium Association, Inc. ("the Association"), Vanessa Cendoya, and Excel

Management Associates, Inc. ("Excel") (collectively, "Defendants") ("Motion"), (ECF No. 29).

Judge Sanchez filed an R&R recommending that the Motion be granted.  (ECF No. 31).  The Court

has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Sanchez's

R&R, (ECF No. 31), is **AFFIRMED** and **ADOPTED**.   Further, it is **ADJUDGED** and

**ORDERED** that Plaintiff's Motion, (ECF No. 29), is **GRANTED** as follows:

       1.  Final default judgment shall be entered in favor of Plaintiff and against all

            Defendants. Plaintiff has no duty to defend or obligation to indemnify the

Association or Excel against the claims asserted by Ms. Cendoya in the Underlying

Litigation, including Ms. Cendoya's claims for property damage, claims arising

from the existence of mold and mildew, claims involving property damage to the

common property of the Association, claims seeking attorneys' fees, and claims

seeking punitive damages.

2.  Final default judgment will be entered by separate order.

**DONE AND ORDERED** in Miami, Florida, this _30_ day of September, 2024.

Copies provided to:
All Counsel of Record

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

2